UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MATEO GUERRERO-TABARES,

                                  Plaintiff,

**NOTICE OF APPEARANCE**

        -against-

24-CV-6361 (JLR)

THE CITY OF NEW YORK, ET AL.,

                                Defendants.

------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **JOSEPH M. HIRAOKA, JR.**, Senior Counsel, hereby appears as counsel of record on behalf of the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendant City of New York. All papers and Electronic Case Filing notifications in this action should be served upon the undersigned at the address stated below.

        I certify that I am admitted to practice before this Court.

Dated: New York, New York
       November 4, 2024

                                              MURIEL GOODE-TRUFANT
                                              Acting Corporation Counsel of the City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street
                                              New York, New York 10007
                                              Office: (212) 356-2413

                                          By:   *Joseph M. Hiraoka, Jr.*
                                                    Joseph M. Hiraoka, Jr.
                                                    *Senior Counsel*

cc:    **Via ECF**
        *All attorneys of record*