

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOSEPH M. HIRAOKA, JR.<br>*Senior Counsel*<br>Phone: (212) 356-2413<br>Fax: (212) 356-1148<br>jhiraoka@law.nyc.gov |
|---|---|---|

January 23, 2025

**BY E.C.F.**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

        Re:    <u>Mateo Guerrero-Tabares v. City of New York, et al.</u>, 24-CV-6361 (JLR)

Your Honor:

        I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, McCarthy, and Boyle ("City defendants") in this matter.  As per the Court's January 16, 2025 Order (Dkt. No. 23), City defendants respectfully write to advise the Court that the "Doe" defendants have been identified, and their identities have been provided to plaintiff.

        Thank you for your consideration herein.

                                    Respectfully submitted,

                                    */s/ Joseph M. Hiraoka, Jr.*
                                    Joseph M. Hiraoka, Jr.
                                    *Senior Counsel*
                                    Special Federal Litigation Division

cc:    **By E.C.F.**
        All Counsel of Record