

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSEPH M. HIRAOKA, JR.
*Senior Counsel*
Phone: (212) 356-2413
Fax: (212) 356-1148
jhiraoka@law.nyc.gov

March 14, 2025

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Mateo Guerrero-Tabares v. City of New York, et al.</u>, 24-CV-6361 (JLR)

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, James McCarthy, and Michael Boyle ("City defendants") in this matter. City defendants write to respectfully request that the Court grant an extension of time for the City defendants to answer, or otherwise respond to, the Amended Complaint, from March 17, 2025 to April 1, 2025. This is the City defendants' first request for an extension of time to answer, or otherwise respond to, the Amended Complaint. Plaintiff's counsel, Gideon Oliver, Esq., consents to this request.

  By way of background, plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging *inter alia* deprivation of rights in violation of the First, Fourth, Fifth, and Fourteenth Amendments. More specifically, plaintiff alleges that he was falsely arrested and subjected to excessive force on May 24, 2023. On August 23, 2024, the Court designated this case to participate under Local Rule 83.10 (the "Plan"). See ECF Entry, Notice August 23, 2024.

  Plaintiff filed the Amended Complaint naming Officers Ryan Black and Khaleef Allicott as defendants on March 3, 2025. (Dkt. No. 28). A review of the docket indicates that both newly named defendants were served on March 11, 2025, and that their answers are due by April 1, 2025. (Dkt. No. 31).

  An extension of time for City defendants' time to answer or otherwise respond will permit all defendants (assuming that the Office of the Corporation Counsel undertakes representation of defendant Officers Black and Allicott and assuming they were all properly

served) to submit one responsive pleading. This would benefit the Court and the parties as it would minimize the need to file multiple answers to the Amended Complaint. Also, having one response would avoid any potential confusion that may arise with respect to defendants' claims and defenses.

Accordingly, City defendants respectfully request, with plaintiff's consent, an extension of time for City defendants to answer the Amended Complaint from March 17, 2025 to April 1, 2025.

City defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ Joseph M. Hiraoka, Jr.
Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

cc: **By E.C.F.**
Gideon Oliver, Esq.
*Attorney for Plaintiff*