**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com**\*
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914\*

*\*Not for service*

October 16, 2025

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:    *Guerrero-Tabares v. City of New York, et. al.*, **24-cv-6361 (JLR)**

Your Honor:

I write to inform the Court that the parties have reached a settlement in principle on the only remaining issue in this case – Plaintiff's entitlement to reasonable attorney's fees, costs, and expenses.

Plaintiff will not, therefore, be filing an application on that issue today.

The parties are working on drafting the documents to consummate the settlement and will file the appropriate documents on the record promptly when they are completed.

The parties thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver