UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MATEO GUERRERO-TABARES,

                         Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                        Defendants.

------------------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT OF ATTORNEY'S FEES, EXPENSES, AND COSTS**

24-CV-6361 (JLR)

       **WHEREAS,** plaintiff commenced this action by filing a complaint on or about August 22, 2024, alleging that defendants violated plaintiff's federal civil and state common law rights; and

       **WHEREAS**, defendants deny any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, defendants served plaintiff with an Offer of Judgment pursuant to Fed. R. Civ. P. 68 on April 29, 2025; and

       **WHEREAS**, plaintiff accepted defendants' Rule 68 Offer of Judgment on May 5, 2025; and

       **WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of plaintiff's rights to attorneys' fees, expenses, and costs to his counsel, Cohen and Green P.L.L.C.,; and

       **WHEREAS,** counsel for defendants and counsel for plaintiff now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1. Defendant City of New York hereby agrees to pay plaintiff's counsel, Cohen and Green P.L.L.C., the total sum of Nineteen Thousand Five Hundred ($19,500.00) Dollars in full satisfaction of plaintiff's claims for attorneys' fees, expenses, and costs. In consideration for the payment of Nineteen Thousand Five Hundred ($19,500.00) Dollars, counsel for plaintiff agrees to release and discharge defendants City of New York, James McCarthy, Michael Boyle, Ryan Black, and Khaleef Allicott; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

2. Counsel for plaintiff hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of plaintiff in any application for attorneys' fees, expenses, or costs at any time.

3. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

4. This Stipulation and Order contains all the terms and conditions agreed upon by counsel for defendants and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       November 11, 2025

| | |
|---|---|
| COHEN AND GREEN P.L.L.C.<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *McCarthy, Boyle, Black, and Allicott*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: ___/s/___<br>Gideon Oliver<br>J. Remy Green<br>*Attorneys for Plaintiff* | By: ___/s/ Rachel Seligman Weiss___<br>Rachel Seligman Weiss<br>*Assistant Corporation Counsel* |