**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

November 14, 2025

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Guerrero-Tabares v. City of New York, et. al.*, 24-cv-6361 (JLR)

Your Honor:

  Pursuant to the Court's October 17, 2025 Order (ECF 46), I write to inform the Court that the parties have consummated the settlement on the only remaining issue in this case – Plaintiff's entitlement to reasonable attorney's fees, costs, and expenses – and their agreement is now on the docket at ECF 47.

  The parties thank Your Honor for the Court's attention to this matter.

           Respectfully submitted,

              /S/

           Gideon Orion Oliver